United States District Court

Eastern District of California

Robert Benyamini,

    Petitioner,

vs.

Teresa Schultz,

    Respondent.

No. Civ. S 05-0924 DFL PAN P

Order

-oOo-

Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner challenges a conviction in the Stanislaus County Superior Court and, therefore, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

Pursuant to Local Rule 3-120(f), this action is transferred to the district court in Fresno.

The new case number is 1:05-CV-00684 REC LJO HC. In the future all papers shall bear this number and shall be filed at:

United States District Court
Eastern District of California
1130 "O" Street
Fresno, CA 93721

So ordered.

Dated:  May 26, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge