IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>           Petitioner,<br><br>   vs.<br><br>TERESA SCHWARTZ,<br><br>           Respondent. | No. CV-F-05-684 REC/LJO HC<br><br>ORDER DENYING PETITIONER'S<br>MOTION FOR RECONSIDERATION<br>(Doc. 20) |

    The court hereby denies petitioner's motion for reconsideration of the Magistrate Judge's Order denying petitioner's motion to reinstate claims and for appointment of counsel.

    With regard to the request to reinstate Claims Two, Four and Five, Claim Two has not been dismissed for failure to exhaust. With regard to Claims Four and Five, the court reserved judgment on the exhaustion of these claims pending the filing of a response by respondent. Therefore, there is no need to reinstate these claims because they have not yet been dismissed.

1  With regard to petitioner's motion for appointment of
2 counsel, the court concludes that the Magistrate Judge's Order is
3 neither contrary to law nor clearly erroneous.  The denial of the
4 motion was without prejudice and can be reconsidered after
5 respondent has filed a response to petitioner's petition.
6  IT IS SO ORDERED.
7 **Dated:  December 19, 2005**              /s/ Robert E. Coyle
   668554                                    UNITED STATES DISTRICT JUDGE