# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | 1:05-CV-0684 REC LJO HC |
| Petitioner, | |
| v. | ORDER RESETTING BRIEFING SCHEDULE |
| | [Doc. 19] |
| TERESA SCHULTZ, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 27, 2005, the Court issued an order directing Respondent to submit a response to the petition. Due to an error in the electronic processing of that order, the order was never electronically served on Respondent. It was re-served properly on December 15, 2005. Therefore, the deadlines set forth in that order shall be reset as of the date of re-service: December 15, 2005. The Court apologizes for any inconvenience or confusion this may have caused.

Accordingly, it is HEREBY ORDERED that the briefing schedule set forth in the October 27, 2005, order to respond is effective as of December 15, 2005.

IT IS SO ORDERED.

**Dated:    January 9, 2006**           /s/ Lawrence J. O'Neill
23ehd0                                   UNITED STATES MAGISTRATE JUDGE

1