1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | 1:05-CV-0684 REC LJO HC |
| Petitioner, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH A COURT ORDER |
| v. | |
| TERESA SCHULTZ, | [Docs. #15, 19, 22] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 27, 2005, the Court issued an order directing Respondent to submit a response to the petition.  Due to an error in electronic processing, the order was not electronically served on Respondent. Accordingly, on December 15, 2005, the Clerk of Court properly served the order on Respondent.

The December 15, 2005, reservice set the deadline to respond to March 15, 2005. On January 9, 2006, the Court issued an order confirming the deadline of March 15, 2005. This order was not properly served on Respondent. Nevertheless, Respondent was properly served on December 15, 2005 with the original order. The time for filing a response has passed and Respondent has not answered in any manner.

1

1    Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules

2  or with any order of the Court may be grounds for imposition by the Court of any and all

3  sanctions authorized by statute or Rule or within the inherent power of the Court."

4    Accordingly, Respondent is HEREBY ORDERED to, within thirty (30) days of service of

5  this order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to

6  comply with a court order.

7  IT IS SO ORDERED.

8  **Dated:    March 30, 2006**              **/s/ Lawrence J. O'Neill**
   b9ed48                               UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28