# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>          Petitioner,<br><br>     v.<br><br>TERESA SCHULTZ,<br><br>          Respondent. | 1:05-CV-00684 LJO NEW (DLB) HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED ON JUNE 19, 2007<br>[Doc. #47]<br><br>ORDER DIRECTING PETITIONER TO FILE AMENDED PETITION |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Christopher J. Cannon, Esq.

On June 19, 2007, the undersigned issued an Order directing Petitioner to show cause why the stay should not be vacated for his failure to comply with the briefing schedule set forth in the Order dated July 27, 2006. Petitioner responded to the Order to Show Cause on July 12, 2007. Counsel for Petitioner states he misunderstood the Court's order of July 27, 2006, and did not intentionally seek to delay the proceedings. Good cause having been presented, and GOOD CAUSE APPEARING THEREFOR, the June 19, 2007, Order to Show Cause is HEREBY VACATED. Petitioner is DIRECTED to file the amended petition within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 20, 2007**                    **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE