IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. BENYAMINI, | 1:05-cv-00684-LJO-GSA (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE TO ANSWER TO SECOND AMENDED PETITION |
| vs. | |
| TERESA SCHWARTZ, | (DOCUMENT #59) |
| Respondent. | (60) SIXTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 11, 2008, petitioner filed a motion to extend time to file traverse to answer to second amended petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted sixty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   January 28, 2008**           /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE